434

768 A.2d 1104

Gary BANKS, Appellant

v.

Martin HORN, Secretary, et al, Pennsylvania
Department of Corrections, Appellee.

Supreme Court of Pennsylvania.

April 6, 2001.

No. 31 MAP 2001.

## ORDER

**AND NOW,** this 6th day of April, 2001, probable jurisdiction is noted and the order appealed is affirmed. The Application For Appointment of Counsel is denied.